IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., a Delaware corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish partnership, and WARNER-LAMBERT COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>INTERNATIONAL-PHARMACY CORPORATION and GEORGE DENNISON, an individual, d/b/a INTERNATIONAL-PHARMACY.COM,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1212(JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

     Plaintiff instituted this action to, *inter alia*, halt the unauthorized sale of "Lipitor generic" into the United States via the internet (DI 1). The Court subsequently granted Plaintiff's Motion to Effect Service of Process by Email. (DI 4). Plaintiff diligently attempted to effect service via email on multiple occasions over a lengthy period of time but its efforts were unsuccessful. The accused domain site, www.international-pharmacy.com, has ceased selling pharmaceutical products. Consequently, Plaintiff Pfizer Inc, by its undersigned counsel, hereby dismisses the above-referenced action against Defendants, without prejudice, pursuant to Fed.R. Civ. P. 41(a)(1).

                                                      **Connolly Bove Lodge & Hutz LLP**

                                                      */s/ James D. Heisman*
                                                      Rudolf E. Hutz (#484)
                                                      Jeffrey B. Bove (#998)
                                                      James D. Heisman (# 2746)
                                                      1007 N. Orange Street
                                                      P. O. Box 2207
                                                      Wilmington, DE 19899
                                                      *Attorneys for Plaintiffs*

Dated: Feb. 8, 2006

                    IT IS SO ORDERED this ____ day of February, 2006.

                                      _____
                                           **U.S. District Court Judge**